878 A.2d 847

ELIZABETH L. DADDARIO, ET AL., PLAINTIFFS–
RESPONDENTS, v. WILLIAM L. BURNS, ET
AL., DEFENDANTS–PETITIONERS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 847

BRIAN WALLACE, PLAINTIFF–PETITIONER, v. GUSTAVO
REYES, DEFENDANT–RESPONDENT.

July 18, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).